FILED
October 06, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003816904

Certificate Number: 01356-CAE-DE-015614533

Bankruptcy Case Number: 11-34997



01356-CAE-DE-015614533

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 30, 2011</u>, at <u>5:45</u> o'clock <u>PM EDT</u>, <u>Glen  Robertson</u> completed a course on personal financial management given <u>by internet</u> by <u>Hummingbird Credit Counseling and Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of California</u>.

Date:   <u>July 31, 2011</u>　　　　　By:   <u>/s/Elana Walker for Victoria Wright</u>

　　　　　　　　　　　　　　　　Name:  <u>Victoria Wright</u>

　　　　　　　　　　　　　　　　Title:  <u>Executive Director of Education</u>