FILED
October 06, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003816905

Certificate Number: 01356-CAE-DE-015614529

Bankruptcy Case Number: 11-34997



01356-CAE-DE-015614529

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 30, 2011</u>, at <u>5:37</u> o'clock <u>PM EDT</u>, <u>Katrina Robertson</u> completed a course on personal financial management given <u>by internet</u> by <u>Hummingbird Credit Counseling and Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of California</u>.

Date:   July 31, 2011            By:    /s/Elana Walker for Victoria Wright

                                 Name:  Victoria Wright

                                 Title: Executive Director of Education